No. 88–1083.   JOHN DOE AGENCY ET AL. *v.* JOHN DOE CORP., *ante,* p. 146.   Respondent's petition for rehearing to modify and clarify the decision on the merits denied.

No. 89–200.   OFMAN *v.* UNITED STATES, *ante,* p. 933; and

No. 89–5131.   NICHOLAS *v.* UNITED STATES, *ante,* p. 861. Motions for leave to file petitions for rehearing denied.

### JANUARY 23, 1990

No. 89–831.   PELICAN PRODUCTION CORP. *v.* MAR-SHER EXPLORATION, INC., ET AL.   Sup. Ct. Okla.   Certiorari dismissed under this Court's Rule 46.

No. 89–153.   ROYAL SERVICE, INC. *v.* GOODY PRODUCTS, INC. C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 46.

### FEBRUARY 6, 1990

No. 89–849.   WESTINGHOUSE ELECTRIC CORP. *v.* VERBRAEKEN.   C. A. 11th Cir.   Certiorari dismissed under this Court's Rule 46.